# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-1538

_____

United States of America

*Plaintiff - Appellee*

v.

Jason Eugene Durgan

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 7, 2013
Filed: August 8, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jason Eugene Durgan appeals the 24-month prison term the district court[1] imposed upon revoking his supervised release. He argues that the district court

_____

[1]The Honorable Richard E. Dorr, late a United States District Judge for the Western District of Missouri.

abused its discretion by imposing a revocation sentence that is substantively unreasonable. Durgan's counsel has moved to withdraw.

Upon careful review, this court concludes that the district court did not abuse its discretion in sentencing Durgan. The district court imposed a sentence within the permitted statutory range and gave sound reasons to justify its sentencing decision. *See* 18 U.S.C. § 3583(e)(3) (permitting 24-month prison term as part of revocation sentence where original offense was Class C felony); *United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (court reviews revocation sentence for abuse of discretion; district court's discretion to impose prison term upon revocation of supervised release is limited by statute); *cf. United States v. Larison*, 432 F.3d 921, 924 (8th Cir. 2006) (affirming imposition of maximum revocation sentence available under statute, where district court justified decision by giving supporting reasons).

This court affirms the judgment of the district court, and grants counsel's motion to withdraw.

_____